UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

KARINA PIA LUCID, ESQ., LLC
3640 Valley Road, Suite 2-A
PO Box 230
Liberty Corner, New Jersey 07938-0230
Tel: (908) 350-7505
Email: klucid@karinalucidlaw.com
Karina Pia Lucid, Esq.

In Re:

Brian Schoener and Amy Schoener

| | |
|---|---|
| Case No.: | 18-26593 (MBK) |
| Chapter: | 13 |
| Judge: | Michael B. Kaplan |

## NOTICE OF REQUEST FOR LOSS MITIGATION – BY THE DEBTOR

I am/ We are the debtor(s) in this case and hereby request loss mitigation with respect to:

Property address: _____ 43 Milestone Drive, Ringoes, NJ 08551 _____

Creditor is the holder of: ☑ first mortgage or ☐ second mortgage.

I/We will make adequate protection payments to the above creditor each month in the following amount during the loss mitigation period: See Loss Mitigation Program and Procedures, Section V.A.1.a and VII.B.

Creditor _____ Provident Bank _____    Amount: $ ____ 2984.64 ____    Due date: ____ 10/1/2018 ____

☐ I/We request to be excused from using the Loss Mitigation Portal due to undue hardship as set forth in detail below:

I understand that if the court orders loss mitigation in this case I am required to comply with the Loss Mitigation Program and Procedures and will participate in good faith. I understand that Loss Mitigation is voluntary, and that I am not required to enter into any agreement or settlement with any other party as part of this Loss Mitigation, and understand that no other party is required to enter into any agreement or settlement with me. I also understand **that I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period. **I also certify that the property in question consists only of real property in which I hold an interest used as a principal residence.**

Date: 9/13/2018 _____          /s/ Brian Schoener _____
                                         Debtor


Date: 9/13/2018 _____           /s/ Amy Schoener _____
                                         Joint Debtor (if any)


**Debtor Information:**

Print full name: Brian Schoener and Amy Schoener _____

Mailing address: 43 Milestone Drive, Ringoes, NJ 08551 (Hunterdon County) _____

Telephone number: _____

Email address (if any): _____


**Debtor's Attorney Information:**

Name: Karina Pia Lucid, Esq, LC d/b/a Lucid Law, Debt Relief Attorneys _____

Address: PO Box 230 Liberty Corner, NJ 07938 _____

Telephone number: 908.350.7505 _____     Fax number: 908.350.4505 _____

Email address (if any): klucid@karinalucidlaw.com  admin@karinalucidlaw.com _____


**Creditor Information: (if known)**

Name: _____

Address: _____

Telephone number: _____     Fax number: _____

Email address (if any): _____


**Creditor's Attorney Information: (if known)**

Name: _____ Pluese Becker & Saltzman, LLC   Attn: Robert Saltzman _____

Address: 20000 Horizon Way, Suite 900, Mount Laurel, NJ  08054 _____

Telephone number: 856-813-1700 _____     Fax number: _____

Email address (if any): dnj@pbslaw.org _____


**Pursuant to Section V.A.1.a. of the Loss Mitigation Program and Procedures, the above named creditor has 14 days to file with the court, and serve on the debtor, debtor's attorney and trustee, an objection to this Request.**

*Revised 9/19/13*