UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(a)

KARINA PIA LUCID, ESQ., LLC
3640 Valley Road, Suite 2-A
PO Box 230
Liberty Corner, New Jersey 07938-0230
Tel:    (908) 350-7505
Email:  klucid@karinalucidlaw.com
Karina Pia Lucid, Esq.
*Counsel for the Debtors, Brian M. Schoener and Amy N. Schoener*

In Re:

BRIAN M. SCHOENER AND AMY N. SCHOENER,

　　　　　　Debtors.

**Order Filed on October 25, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No: 18-26593 (MBK)

Chapter 13

Hearing Date: 10/9/2018 @ 9:00 AM (EST)

ORAL ARGUMENT: REQUESTED, IF TIMELY OPPOSITION RECEIVED

### CONSENT ORDER ON MOTION TO CONTINUE THE AUTOMATIC STAY, PURSUANT TO 11 U.S.C. § 362(c)(3)(B)

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: October 25, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:   In re Brian M. Schoener and Amy N. Schoener
Case No.: 18-26593 (MBK)
Caption:   **Motion** to Continue the Automatic Stay Pursuant to 11 U.S.C. §362(c)(3)(B)

THIS MATTER, having been opened to the Court upon the motion, (the "Motion") of the debtors, Brian M. Schoener and Amy N. Schoener (the "Debtors"), by and through their counsel, Karina Pia Lucid, Esq., seeking the entry of an Order to Continue the Automatic Stay Pursuant to 11 U.S.C. §362(c)(3)(B) and for related relief; and the Court having considered the Motion, and any objections thereto, and it appearing that good and sufficient notice has been given, and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED:

1. That the Motion is granted; and
2. The automatic stay will go into effect immediately as to all creditors.
3. Within 5 days of the entry of this Order, secured creditor, Provident Bank ("Provident") will send a loan modification application to Debtor's counsel ("Counsel").
4. Within 14 days after Counsel's receipt of the application, the Debtors must submit a completed application for a loan modification.
5. On November 1, 2018, the Debtors will make an adequate protection payment to Provident in the amount of $3,778.84.
6. If the Debtors do not comply with terms 3 and 4 above, the automatic stay will terminate as to Provident on November 13, 2018.