| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>KARINA PIA LUCID, ESQ., LLC<br>3640 Valley Road, Suite 2-A<br>PO Box 230<br>Liberty Corner, New Jersey 07938-0230<br>Tel:    (908) 350-7505<br>Email:   klucid@karinalucidlaw.com<br>Karina Pia Lucid, Esq.<br>*Counsel for the Debtors, Brian M. Schoener and Amy N. Schoener* | **Order Filed on October 25, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>BRIAN M. SCHOENER AND AMY N. SCHOENER,<br><br>               Debtors. | Case No: 18-26593 (MBK)<br><br>Chapter 13<br><br>Hearing Date: 10/9/2018 @ 9:00 AM (EST)<br><br>ORAL ARGUMENT:<br>REQUESTED, IF TIMELY OPPOSITION RECEIVED |

**CONSENT ORDER ON MOTION TO CONTINUE THE AUTOMATIC STAY,
PURSUANT TO 11 U.S.C. § 362(c)(3)(B)**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: October 25, 2018**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:   In re Brian M. Schoener and Amy N. Schoener
Case No.: 18-26593 (MBK)
Caption:   Motion to Continue the Automatic Stay Pursuant to 11 U.S.C. §362(c)(3)(B)

THIS MATTER, having been opened to the Court upon the motion, (the "Motion") of the debtors, Brian M. Schoener and Amy N. Schoener (the "Debtors"), by and through their counsel, Karina Pia Lucid, Esq., seeking the entry of an Order to Continue the Automatic Stay Pursuant to 11 U.S.C. §362(c)(3)(B) and for related relief; and the Court having considered the Motion, and any objections thereto, and it appearing that good and sufficient notice has been given, and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED:

1. That the Motion is granted; and
2. The automatic stay will go into effect immediately as to all creditors.
3. Within 5 days of the entry of this Order, secured creditor, Provident Bank ("Provident") will send a loan modification application to Debtor's counsel ("Counsel").
4. Within 14 days after Counsel's receipt of the application, the Debtors must submit a completed application for a loan modification.
5. On November 1, 2018, the Debtors will make an adequate protection payment to Provident in the amount of $3,778.84.
6. If the Debtors do not comply with terms 3 and 4 above, the automatic stay will terminate as to Provident on November 13, 2018.

United States Bankruptcy Court
District of New Jersey

In re:  
Brian M Schoener  
Amy N Schoener  
       Debtors

Case No. 18-26593-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Oct 25, 2018  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2018.  
db/jdb        +Brian M Schoener,    Amy N Schoener,    43 Milestone Drive,    Ringoes, NJ 08551-2039

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2018 at the address(es) listed below:  
       Albert    Russo    docs@russotrustee.com  
       Daniel S. Shehata    on behalf of Creditor    Birch Hollow Condominium Association, Inc.  
        dshehata@theassociationlawyers.com  
       Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.  
        dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Karina Pia Lucid    on behalf of Debtor Brian M Schoener klucid@karinalucidlaw.com,  
        R43327@notify.bestcase.com;admin@karinalucidlaw.com  
       Karina Pia Lucid    on behalf of Joint Debtor Amy N Schoener klucid@karinalucidlaw.com,  
        R43327@notify.bestcase.com;admin@karinalucidlaw.com  
       Kevin Gordon McDonald    on behalf of Creditor    HomeBridge Financial Services, Inc.  
        kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Robert P. Saltzman    on behalf of Creditor    The Provident Bank dnj@pbslaw.org  
       Stuart H. West    on behalf of Creditor    The Provident Bank swest@pbslaw.org  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                              TOTAL: 9