UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 090112B

In Re:

Brian M Schoener
Amy N Schoener

**Order Filed on December 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-26593
Hearing Date: 11/13/2018
Judge: Michael B. Kaplan

# CONSENT ORDER
## RESOLVING OBJECTION TO DEBTORS'
## NOTICE OF REQUEST FOR LOSS MITIGATION

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: December 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**
Debtor: Brian M. Schoener and Amy N. Schoener
Case No: 18-26593-MBK
Caption of Order: Consent Order Resolving Objection to Debtors' Notice of Request for Loss Mitigation

This matter having come before the Court on the Objection to the Debtors' Notice of Request for Loss Mitigation by The Provident Bank, Mortgagee, by and through counsel, Pluese, Becker & Saltzman, LLC, Stuart H. West, Esquire, appearing and the Debtors, by and through counsel, Karina Pia Lucid, Esquire, having consented hereto and good cause having been shown; IT is hereby, ORDERED as follows:

1. The Debtors' request to enter into the Bankruptcy Loss Mitigation Program is withdrawn.

2. The Provident Bank will review the Debtors for loss mitigation outside of the Bankruptcy Loss Mitigation Program.

3. The Debtors have submitted a complete loss mitigation package to The Provident Bank, which is currently being reviewed.

4. The Debtors shall have six months from the entry of this Consent Order to obtain a loan modification.

5. In the event that any such mortgage modification or other consensual resolution is not available, the Debtors shall acknowledge the pre-Petition arrearages as stated in the Proof of Claim. The Debtors shall have 30 days from the date of any final notification that a modification, etc. is not available to file an amended Chapter 13 Plan to cure the pre-Petition arrearages and maintain post-

**Page 3**
Debtor: Brian M. Schoener and Amy N. Schoener
Case No: 18-26593-MBK
Caption of Order: Consent Order Resolving Objection to Debtors' Notice of Request for Loss Mitigation

Petition payments, or to convert the Chapter 13 Petition to one under a Chapter 7 Petition, or to

surrender the property, and/or proceed with this bankruptcy case as deemed appropriate.

We hereby consent to the form and entry of the within Order.

| | |
|---|---|
| PLUESE, BECKER & SALTZMAN, LLC | KARINA PIA LUCID, ESQ., LLC |
| By: /s/ Stuart H. West | By: /s/ Karina Pia Lucid |
| Stuart H. West, Esquire | Karina Pia Lucid, Esquire |
| Attorneys for the Mortgagee | Attorney for the Debtors |

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-26593-MBK
Brian M Schoener                                                          Chapter 13
Amy N Schoener
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Dec 20, 2018
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2018.
db          +Brian M Schoener,    43 Milestone Drive,    Ringoes, NJ 08551-2039
jdb         +Amy N Schoener,    43 Milestone Drive,    Ringoes, NJ 08551-2039

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Daniel S. Shehata    on behalf of Creditor    Birch Hollow Condominium Association, Inc.
               dshehata@theassociationlawyers.com
              Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Karina Pia Lucid    on behalf of Debtor Brian M Schoener klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Karina Pia Lucid    on behalf of Joint Debtor Amy N Schoener klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    HomeBridge Financial Services, Inc.
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    The Provident Bank dnj@pbslaw.org
              Stuart H. West    on behalf of Creditor    The Provident Bank swest@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9