Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  18−26593−MBK
                    Chapter:  13
                    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Brian M Schoener                                         Amy N Schoener
   43 Milestone Drive                                 43 Milestone Drive
   Ringoes, NJ 08551                                 Ringoes, NJ 08551

Social Security No.:
   xxx−xx−3511                                                xxx−xx−5160

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on February 28, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 28, 2019
JAN: bwj

                                                                               Jeanne Naughton
                                                                               Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                            Case No. 18-26593-MBK
Brian M Schoener                                                  Chapter 13
Amy N Schoener
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 3                  Date Rcvd: Feb 28, 2019
                              Form ID: 148                Total Noticed: 92


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2019.
db/jdb         +Brian M Schoener,    Amy N Schoener,    43 Milestone Drive,    Ringoes, NJ 08551-2039
aty            +Robert Saltzman,    Pluese, Becker & Saltzman, LLC,    20000 Horizon Way #900,
                 Mount Laurel, NJ 08054-4318
517709089      +A-1 Collections Svc,    2297 State Highway 33 St,    Hamilton Square, NJ 08690-1717
517709090      +Aes/wells Fargo,    Po Box 61047,    Harrisburg, PA 17106-1047
517709094      +Ar Resources Inc,    1777 Sentry Pkwy W,   Blue Bell, PA 19422-2206
517709095      +Arcadia,    645 Penn St,    Reading, PA 19601-3543
517709096      +Arcadia Recovery Bureau LLC,    P.O. Box 6768,    Wyomissing, PA 19610-0768
517709097      +Birch Hollow Condominium Association Inc,    c/o McGovern Legal Services,    850 Carolier Lane,
                 North Brunswick NJ 08902-3312
517756773      +Birch Hollow Condominium Association, Inc.,    McGovern Legal Services, LLC,    850 Carolier Lane,
                 North Brunswick NJ 08902-3312
517709109     ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
               (address filed with court: Citifinancial,     300 Saint Paul Pl,    Baltimore, MD 21202)
517709100      +Capital Health System,    One Capital Way,   Pennington, NJ 08534-2520
517709105      +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
517709106       Ces/slm Trust,    Acs Education Serv,    Utica, NY 13501
517709108       Chubb Group of Insurance Companies,    P.O. Box 1600,    Whitehouse Station, NJ 08889-1600
517841118       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
517837641      +HomeBridge Financial Services, Inc.,    c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
517709117       Hunterdon Center for Dermatology,    PO Box 71411,    Philadelphia, PA 19176-1411
517709118      +Hunterdon Healthcare,    3 Minneakoning Road,    Flemington, NJ 08822-5726
517709121      +KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
517709123      +Mandees,    401 Hackensack Ave,    Hackensack, NJ 07601-6411
517709127     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissan Infiniti LT,     2901 Kinwest Pkwy,    Irving, TX 75063)
517709124       Naomi Vilko MD,    419 N Harrison Street #206,    Princeton, NJ 08540-3521
517753703       Navient Solutions, LLC on behalf of,    Educational Credit Management Corporatio,    PO BOX 16408,
                 St. Paul, MN 55116-0408
517902416       New Penn Financial, LLC d/b/a Shellpoint Mortgage,     P.O. Box 10675,
                 Greenville, SC 29603-0675
517902417       New Penn Financial, LLC d/b/a Shellpoint Mortgage,     P.O. Box 10675,
                 Greenville, SC 29603-0675,    New Penn Financial, LLC d/b/a Shellpoint,    P.O. Box 10675,
                 Greenville, SC 29603-0675
517729239       Nissan Motor Acceptance,    POB 660366,    Dallas, TX 75266-0366
517709135       PSEG,    PO Box 14444,   New Brunswick, NJ 08906-4444
517709129       Pegasus Emergency Group PA,    PO Box 95000-2785,    Philadelphia, PA 19195-2785
517709130      +Pluese Becker & Saltzman, LLC,    20000 Horizon Way,    Suite 900,    Mount Laurel, NJ 08054-4318
517709132      +Premier Family Medicine,    5 Walter Foran Blvd Suite 4000,    Flemington, NJ 08822-4675
517709133       Princeton Surgical Specialities PA,    300B Princeton Hightstown Road 101,
                 Hightstown, NJ 08520-1400
517709134      +Provident Bank,    P.O. Box 1002,   Iselin, NJ 08830-1002
517709136       RWJ Physician Enterprise PA,    PO Box 826405,    Philadelphia, PA 19182-6405
517709138      +Stu Ln Trust,    701 E 60th St N,    Sioux Falls, SD 57104-0432
517709146      +Synergetic Communication Inc.,    2700 East Seltice Way Suite 4,    Post Falls, ID 83854-6387
517709151      +Trumark Financial Cu,    335 Commerce Dr,    Fort Washington, PA 19034-2712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 01 2019 00:20:12     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 01 2019 00:20:10     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517718301       EDI: GMACFS.COM Mar 01 2019 04:53:00     Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
517709091      +EDI: GMACFS.COM Mar 01 2019 04:53:00     Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
517709092       EDI: AMEREXPR.COM Mar 01 2019 04:53:00     American Express,    PO Box 1270,
                 Newark, NJ 07101-1270
517755811       EDI: BECKLEE.COM Mar 01 2019 04:53:00     American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517709093      +EDI: AMEREXPR.COM Mar 01 2019 04:53:00     Amex,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
517761797       EDI: RESURGENT.COM Mar 01 2019 04:53:00     Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517709101       EDI: CAPITALONE.COM Mar 01 2019 04:53:00     Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
517709098      +EDI: CAPITALONE.COM Mar 01 2019 04:53:00     Cap1/bstby,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
```

```
District/off: 0312-3          User: admin              Page 2 of 3                   Date Rcvd: Feb 28, 2019
                              Form ID: 148             Total Noticed: 92


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517709099     +EDI: CAPITALONE.COM Mar 01 2019 04:53:00      Cap1/hlzbg,    26525 N Riverwoods Blvd,
               Mettawa, IL 60045-3440
517709102     +EDI: CAPITALONE.COM Mar 01 2019 04:53:00      Capital One,    Po Box 5253,
               Carol Stream, IL 60197-5253
517744151      EDI: CAPITALONE.COM Mar 01 2019 04:53:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC  28272-1083
517776719      EDI: BL-BECKET.COM Mar 01 2019 04:53:00      Capital One, N.A.,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
517709103     +E-mail/Text: bankruptcy@cavps.com Mar 01 2019 00:20:27       Cavalry Portfolio Serv,
               Po Box 27288,    Tempe, AZ 85285-7288
517709104     +E-mail/Text: bankruptcy@cavps.com Mar 01 2019 00:20:27       Cavalry Portfolio Services,
               PO BOx 520,    Valhalla, NY 10595-0520
517733702     +E-mail/Text: bankruptcy@cavps.com Mar 01 2019 00:20:27       Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517709107     +EDI: CHASE.COM Mar 01 2019 04:53:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517709110     +EDI: WFNNB.COM Mar 01 2019 04:53:00      Comenitycb/overstock,    Po Box 182120,
               Columbus, OH 43218-2120
517709152      EDI: RCSDELL.COM Mar 01 2019 04:53:00      Webbank/dfs,    1 Dell Way,   Round Rock, TX 78682
517709111      EDI: DIRECTV.COM Mar 01 2019 04:53:00      Directv,    PO Box 6550,   Englewood, CO 80155
517709112     +EDI: DISCOVER.COM Mar 01 2019 04:53:00      Discover Fin Svcs Llc,    Po Box 15316,
               Wilmington, DE 19850-5316
517709113     +EDI: TSYS2.COM Mar 01 2019 04:53:00      Dsnb Bloom,    9111 Duke Blvd,   Mason, OH 45040-8999
517709114     +EDI: TSYS2.COM Mar 01 2019 04:53:00      Dsnb Macys,    Po Box 8218,   Mason, OH 45040-8218
517709115     +EDI: FSAE.COM Mar 01 2019 04:53:00      Firstsource Advantage LLC,    205 Bryant Woods South,
               Amherst, NY 14228-3609
517709116     +E-mail/Text: Bankruptcy@homebridge.com Mar 01 2019 00:20:56
               HomeBridge Financial Services, Inc.,    194 Wood Avenue South, 9th Floor,
               Iselin, NJ 08830-2761
517709119     +E-mail/Text: kristina.gutjahr@hunterdonradiology.com Mar 01 2019 00:20:55
               Hunterdon Radiology/Imaging Assocs.,    PO Box 5388,   Clinton, NJ 08809-0388
517709120      EDI: IRS.COM Mar 01 2019 04:53:00      IRS Department of the Treasury,    ACS Support,
               PO Box 8208,    Philadelphia, PA 19101-8208
517709122     +EDI: CBSKOHLS.COM Mar 01 2019 04:53:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-7096
517709122     +E-mail/Text: bncnotices@becket-lee.com Mar 01 2019 00:19:27       Kohls/capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517761593      EDI: RESURGENT.COM Mar 01 2019 04:53:00      LVNV Funding, LLC its successors and assigns as,
               assignee of Capital One, N.A.,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
517750653     +EDI: MID8.COM Mar 01 2019 04:53:00      MIDLAND FUNDING LLC,    PO Box 2011,
               Warren, MI 48090-2011
517709125     +EDI: NAVIENTFKASMSERV.COM Mar 01 2019 04:53:00      Navient,    Po Box 9500,
               Wilkes Barre, PA 18773-9500
517709126     +EDI: NAVIENTFKASMSERV.COM Mar 01 2019 04:53:00      Navient Solutions Inc,    11100 Usa Pkwy,
               Fishers, IN 46037-9203
517837925      EDI: PRA.COM Mar 01 2019 04:53:00      Portfolio Recovery Associates, LLC,
               c/o Capital One Bank, N.a.,    POB 41067,   Norfolk VA 23541
517814784      EDI: PRA.COM Mar 01 2019 04:53:00      Portfolio Recovery Associates, LLC,    c/o Gap,
               POB 41067,    Norfolk VA 23541
517839745      EDI: PRA.COM Mar 01 2019 04:53:00      Portfolio Recovery Associates, LLC,    c/o Overstock.com,
               POB 41067,    Norfolk VA 23541
517877230     +E-mail/Text: bankruptcy@pseg.com Mar 01 2019 00:19:20       PSE&G,    Attn: Bankruptcy Dept.,
               PO Box 490,    Cranford NJ 07016-0490
517709131     +EDI: PRA.COM Mar 01 2019 04:53:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,
               Norfolk, VA 23502-4952
517724561      EDI: Q3G.COM Mar 01 2019 04:53:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA  98083-0788
517709137      EDI: WFFC.COM Mar 01 2019 04:53:00      Rymr&flnign,    Cscl Dispute Team N8235-04m,
               Des Moines, IA 50306
517824671     +E-mail/Text: bncmail@w-legal.com Mar 01 2019 00:20:21       SYNCHRONY BANK,
               c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517709139     +EDI: RMSC.COM Mar 01 2019 04:53:00      Syncb/care Credit,    950 Forrer Blvd,
               Kettering, OH 45420-1469
517709140     +EDI: RMSC.COM Mar 01 2019 04:53:00      Syncb/gap,    Po Box 965005,   Orlando, FL 32896-5005
517709141     +EDI: RMSC.COM Mar 01 2019 04:53:00      Syncb/lord & Tay,    Po Box 965015,
               Orlando, FL 32896-5015
517709142     +EDI: RMSC.COM Mar 01 2019 04:53:00      Syncb/lowes,    Po Box 965005,   Orlando, FL 32896-5005
517709143     +EDI: RMSC.COM Mar 01 2019 04:53:00      Syncb/smart Carpet,    950 Forrer Blvd,
               Kettering, OH 45420-1469
517709144     +EDI: RMSC.COM Mar 01 2019 04:53:00      Syncb/tjx Cos Dc,    Po Box 965015,
               Orlando, FL 32896-5015
517709145     +EDI: RMSC.COM Mar 01 2019 04:53:00      Syncb/tjxdc,    Po Box 965015,   Orlando, FL 32896-5015
517709148      EDI: TDBANKNORTH.COM Mar 01 2019 04:53:00      Td Bank N.a.,    1701 Route 70 E,
               Cherry Hill, NJ 08003
517709147      EDI: TDBANKNORTH.COM Mar 01 2019 04:53:00      Td Bank N.a.,    32 Chestnut St,
               Lewiston, ME 04240
517709149     +EDI: WTRRNBANK.COM Mar 01 2019 04:53:00      Td Bank Usa/targetcred,    Po Box 673,
               Minneapolis, MN 55440-0673
```

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: Feb 28, 2019
                              Form ID: 148             Total Noticed: 92
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517709150        +EDI: CITICORP.COM Mar 01 2019 04:53:00      Thd/cbna,    Po Box 6497,
                  Sioux Falls, SD 57117-6497
517855233        +E-mail/Text: bknotices@providentnj.com Mar 01 2019 00:20:45      The Provident Bank,
                  100 Wood Ave South,    Iselin, NJ 08830-2716
517811096        +EDI: AIS.COM Mar 01 2019 04:53:00      Verizon,    by American InfoSource as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517709153        +EDI: WFFC.COM Mar 01 2019 04:53:00      Wells Fargo,    Po Box 5156,   Sioux Falls, SD 57117-5156
517775432         EDI: WFFC.COM Mar 01 2019 04:53:00      Wells Fargo Bank, N.A.,
                  Wells Fargo Education Financial Services,     PO Box 10438, MAC F8235-02F,
                  Des Moines, IA 50306-0438
                                                                                              TOTAL: 57

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +Birch Hollow Condominium Association, Inc.,    McGovern Legal Services LLC,    850 Carolier Lane,
                  North Brunswick, NJ 08902-3312
lm*              +Provident Bank,    P.O. Box 1002,    Iselin, NJ 08830-1002
cr*              +The Provident Bank,    100 Wood Avenue South,    Iselin, NJ 08830-2716
517709128*       ++NISSAN MOTOR ACCEPTANCE CORPORATION,     LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                  (address filed with court: Nissan-infiniti Lt,     2901 Kinwest Pkwy,    Irving, TX 75063)
                                                                                              TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Daniel S. Shehata    on behalf of Creditor   Birch Hollow Condominium Association, Inc.
               dshehata@theassociationlawyers.com
              Denise E. Carlon    on behalf of Creditor   HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Karina Pia Lucid    on behalf of Debtor Brian M Schoener klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Karina Pia Lucid    on behalf of Joint Debtor Amy N Schoener klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Kevin Gordon McDonald    on behalf of Creditor   HomeBridge Financial Services, Inc.
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor   The Provident Bank dnj@pbslaw.org
              Stuart H. West    on behalf of Creditor   The Provident Bank swest@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9
```