Form 196 – ntcadminerror

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−26593−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brian M Schoener                      Amy N Schoener
43 Milestone Drive                    43 Milestone Drive
Ringoes, NJ 08551                     Ringoes, NJ 08551

Social Security No.:
   xxx−xx−3511                                xxx−xx−5160

Employer's Tax I.D. No.:

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

On March 5, 2019 a NOTICE OF HEARING ON APPLICATION FOR COMPENSATION was sent out by the Court which contained an administrative error.

This notice hereby amends the notice to correct the following information:

Original incorrect information:
APPLICANT(S)
Karina Lucid, Attorney for Debtor

COMMISSION OR FEES
$3,310.00

EXPENSES
$0

Corrected to state:
APPLICANT(S)
Karina Lucid, Attorney for Debtor

COMMISSION OR FEES
$ 4,500.00
−1,500.00 RETAINER
−−−−−−−−−−
$ 3,000.00

EXPENSES
$310.00

The amendment of this notice does not affect deadlines that have been previously set.


Dated: March 8, 2019
JAN: llb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-26593-MBK
Brian M Schoener                                                          Chapter 13
Amy N Schoener
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin            Page 1 of 3         Date Rcvd: Mar 08, 2019
                             Form ID: 196           Total Noticed: 92

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2019.

```
db/jdb         +Brian M Schoener,    Amy N Schoener,    43 Milestone Drive,    Ringoes, NJ 08551-2039
aty            +Robert Saltzman,    Pluese, Becker & Saltzman, LLC,    20000 Horizon Way #900,
                 Mount Laurel, NJ 08054-4318
517709089      +A-1 Collections Svc,    2297 State Highway 33 St,    Hamilton Square, NJ 08690-1717
517709090      +Aes/wells Fargo,    Po Box 61047,    Harrisburg, PA 17106-1047
517709092       American Express,    PO Box 1270,    Newark, NJ 07101-1270
517755811       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517709093      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
517709094      +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
517709095      +Arcadia,    645 Penn St,    Reading, PA 19601-3543
517709096      +Arcadia Recovery Bureau LLC,    P.O. Box 6768,    Wyomissing, PA 19610-0768
517709097      +Birch Hollow Condominium Association Inc,    c/o McGovern Legal Services,    850 Carolier Lane,
                 North Brunswick, NJ 08902-3312
517756773      +Birch Hollow Condominium Association, Inc.,    McGovern Legal Services, LLC,    850 Carolier Lane,
                 North Brunswick, NJ 08902-3312
517709109     ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
517709100      +Capital Health System,    One Capital Way,    Pennington, NJ 08534-2520
517776719       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517709105      +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
517709106       Ces/slm Trust,    Acs Education Serv,    Utica, NY 13501
517709107      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517709108       Chubb Group of Insurance Companies,    P.O. Box 1600,    Whitehouse Station, NJ 08889-1600
517709152     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Webbank/dfs,    1 Dell Way,    Round Rock, TX 78682)
517709111     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                (address filed with court: Directv,    PO Box 6550,    Englewood, CO 80155)
517841118       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
517709113      +Dsnb Bloom,    9111 Duke Blvd,    Mason, OH 45040-8999
517709114      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
517709115      +Firstsource Advantage LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
517837641      +HomeBridge Financial Services, Inc.,    c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
517709117       Hunterdon Center for Dermatology,    PO Box 71411,    Philadelphia, PA 19176-1411
517709118      +Hunterdon Healthcare,    3 Minneakoning Road,    Flemington, NJ 08822-5726
517709121      +KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
517709123      +Mandees,    401 Hackensack Ave,    Hackensack, NJ 07601-6411
517709127     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                (address filed with court: Nissan Infiniti LT,    2901 Kinwest Pkwy,    Irving, TX 75063)
517709124       Naomi Vilko MD,    419 N Harrison Street #206,    Princeton, NJ 08540-3521
517753703       Navient Solutions, LLC on behalf of,    Educational Credit Management Corporatio,    PO BOX 16408,
                 St. Paul, MN 55116-0408
517902416       New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675
517902417       New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675,    New Penn Financial, LLC d/b/a Shellpoint,    P.O. Box 10675,
                 Greenville, SC  29603-0675
517729239       Nissan Motor Acceptance,    POB 660366,    Dallas, TX  75266-0366
517709135       PSEG,    PO Box 14444,    New Brunswick, NJ 08906-4444
517709129       Pegasus Emergency Group PA,    PO Box 95000-2785,    Philadelphia, PA 19195-2785
517709130      +Pluese Becker & Saltzman, LLC,    20000 Horizon Way,    Suite 900,    Mount Laurel, NJ 08054-4318
517709132      +Premier Family Medicine,    5 Walter Foran Blvd Suite 4000,    Flemington, NJ 08822-4675
517709133       Princeton Surgical Specialities PA,    300B Princeton Hightstown Road 101,
                 Hightstown, NJ 08520-1400
517709134      +Provident Bank,    P.O. Box 1002,    Iselin, NJ 08830-1002
517709136       RWJ Physician Enterprise PA,    PO Box 826405,    Philadelphia, PA 19182-6405
517709137       Rymr&flnign,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
517709138      +Stu Ln Trust,    701 E 60th St N,    Sioux Falls, SD 57104-0432
517709146      +Synergetic Communication Inc.,    2700 East Seltice Way Suite 4,    Post Falls, ID 83854-6387
517709149      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
517709150      +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
517709151      +Trumark Financial Cu,    335 Commerce Dr,    Fort Washington, PA 19034-2712
517709153      +Wells Fargo,    Po Box 5156,    Sioux Falls, SD 57117-5156
517775432       Wells Fargo Bank, N.A.,    Wells Fargo Education Financial Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Mar 08, 2019
                              Form ID: 196             Total Noticed: 92


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg               E-mail/Text: usanj.njbankr@usdoj.gov Mar 09 2019 00:39:49      U.S. Attorney,   970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 09 2019 00:39:45      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517718301         E-mail/Text: ally@ebn.phinsolutions.com Mar 09 2019 00:38:46      Ally Capital,   PO Box 130424,
                  Roseville MN 55113-0004
517709091        +E-mail/Text: ally@ebn.phinsolutions.com Mar 09 2019 00:38:46      Ally Financial,
                  200 Renaissance Ctr,    Detroit, MI 48243-1300
517761797         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 09 2019 00:36:24
                  Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                  Corporation of America Holdings,    Resurgent Capital Services,   PO Box 10587,
                  Greenville, SC 29603-0587
517709101         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 09 2019 00:36:16      Capital One,
                  15000 Capital One Dr,    Richmond, VA 23238
517709098        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 09 2019 00:36:16      Cap1/bstby,
                  Po Box 30253,    Salt Lake City, UT 84130-0253
517709099        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 09 2019 00:36:59      Cap1/hlzbg,
                  26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
517709102        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 09 2019 00:36:16      Capital One,
                  Po Box 5253,    Carol Stream, IL 60197-5253
517744151         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 09 2019 00:36:16
                  Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
517709103        +E-mail/Text: bankruptcy@cavps.com Mar 09 2019 00:40:10      Cavalry Portfolio Serv,
                  Po Box 27288,    Tempe, AZ 85285-7288
517709104        +E-mail/Text: bankruptcy@cavps.com Mar 09 2019 00:40:10      Cavalry Portfolio Services,
                  PO BOx 520,    Valhalla, NY 10595-0520
517733702        +E-mail/Text: bankruptcy@cavps.com Mar 09 2019 00:40:10      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517709110        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 09 2019 00:39:34      Comenitycb/overstock,
                  Po Box 182120,    Columbus, OH 43218-2120
517709112        +E-mail/Text: mrdiscen@discover.com Mar 09 2019 00:38:47      Discover Fin Svcs Llc,
                  Po Box 15316,    Wilmington, DE 19850-5316
517709116        +E-mail/Text: Bankruptcy@homebridge.com Mar 09 2019 00:40:47
                  HomeBridge Financial Services, Inc.,    194 Wood Avenue South, 9th Floor,
                  Iselin, NJ 08830-2761
517709119        +E-mail/Text: kristina.gutjahr@hunterdonradiology.com Mar 09 2019 00:40:45
                  Hunterdon Radiology/Imaging Assocs.,    PO Box 5388,   Clinton, NJ 08809-0388
517709120         E-mail/Text: cio.bncmail@irs.gov Mar 09 2019 00:39:13      IRS Department of the Treasury,
                  ACS Support,    PO Box 8208,   Philadelphia, PA 19101-8208
517709122        +E-mail/Text: bncnotices@becket-lee.com Mar 09 2019 00:38:56      Kohls/capone,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517761593         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 09 2019 00:36:46
                  LVNV Funding, LLC its successors and assigns as,    assignee of Capital One, N.A.,
                  Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517750653        +E-mail/Text: bankruptcydpt@mcmcg.com Mar 09 2019 00:39:44      MIDLAND FUNDING LLC,
                  PO Box 2011,    Warren, MI 48090-2011
517709125        +E-mail/PDF: pa_dc_claims@navient.com Mar 09 2019 00:37:03      Navient,   Po Box 9500,
                  Wilkes Barre, PA 18773-9500
517709126        +E-mail/PDF: pa_dc_claims@navient.com Mar 09 2019 00:36:20      Navient Solutions Inc,
                  11100 Usa Pkwy,    Fishers, IN 46037-9203
517837925         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2019 00:59:16
                  Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,   POB 41067,
                  Norfolk VA 23541
517814784         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2019 00:36:19
                  Portfolio Recovery Associates, LLC,    c/o Gap,   POB 41067,   Norfolk VA 23541
517839745         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2019 00:36:40
                  Portfolio Recovery Associates, LLC,    c/o Overstock.com,   POB 41067,   Norfolk VA 23541
517877230        +E-mail/Text: bankruptcy@pseg.com Mar 09 2019 00:38:45      PSE&G,   Attn: Bankruptcy Dept.,
                  PO Box 490,    Cranford NJ 07016-0490
517709131        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2019 00:59:23
                  Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
517724561         E-mail/Text: bnc-quantum@quantum3group.com Mar 09 2019 00:39:41
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
517824671        +E-mail/Text: bncmail@w-legal.com Mar 09 2019 00:40:00      SYNCHRONY BANK,
                  c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
517709139        +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2019 00:36:34      Syncb/care Credit,
                  950 Forrer Blvd,    Kettering, OH 45420-1469
517709140        +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2019 00:36:33      Syncb/gap,   Po Box 965005,
                  Orlando, FL 32896-5005
517709141        +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2019 00:36:34      Syncb/lord & Tay,   Po Box 965015,
                  Orlando, FL 32896-5015
517709142        +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2019 00:36:34      Syncb/lowes,   Po Box 965005,
                  Orlando, FL 32896-5005
517709143        +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2019 00:36:34      Syncb/smart Carpet,
                  950 Forrer Blvd,    Kettering, OH 45420-1469
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Mar 08, 2019
                              Form ID: 196             Total Noticed: 92

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517709144       +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2019 00:36:12      Syncb/tjx Cos Dc,    Po Box 965015,
                 Orlando, FL 32896-5015
517709145       +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2019 00:36:12      Syncb/tjxdc,    Po Box 965015,
                 Orlando, FL 32896-5015
517709148        E-mail/Text: bankruptcy@td.com Mar 09 2019 00:39:52      Td Bank N.a.,    1701 Route 70 E,
                 Cherry Hill, NJ 08003
517709147        E-mail/Text: bankruptcy@td.com Mar 09 2019 00:39:52      Td Bank N.a.,    32 Chestnut St,
                 Lewiston, ME 04240
517855233       +E-mail/Text: bknotices@providentnj.com Mar 09 2019 00:40:32      The Provident Bank,
                 100 Wood Ave South,    Iselin, NJ 08830-2716
517811096       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 09 2019 00:48:45      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 41

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Birch Hollow Condominium Association, Inc.,    McGovern Legal Services LLC,    850 Carolier Lane,
                 North Brunswick, NJ 08902-3312
lm*             +Provident Bank,    P.O. Box 1002,    Iselin, NJ 08830-1002
cr*             +The Provident Bank,    100 Wood Avenue South,    Iselin, NJ 08830-2716
517709128*     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,   DALLAS TX 75266-0366
                 (address filed with court:  Nissan-infiniti Lt,     2901 Kinwest Pkwy,    Irving, TX 75063)
                                                                                            TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Daniel S. Shehata     on behalf of Creditor    Birch Hollow Condominium Association, Inc.
               dshehata@theassociationlawyers.com
              Denise E. Carlon     on behalf of Creditor    HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Karina Pia Lucid     on behalf of Debtor Brian M Schoener klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Karina Pia Lucid     on behalf of Joint Debtor Amy N Schoener klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Kevin Gordon McDonald     on behalf of Creditor    HomeBridge Financial Services, Inc.
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Robert P. Saltzman     on behalf of Creditor    The Provident Bank dnj@pbslaw.org
              Stuart H. West     on behalf of Creditor    The Provident Bank swest@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9
```